1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  CARO MARKS, CA Bar #159267
   Senior Litigator
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700          **OK/HAV**

5

6  Attorney for Defendant
   MERARE CAMPOS-COBARUBBIA
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  NO. CR-S-06-183 DFL
                                   )
14              Plaintiff,         )
                                   )  STIPULATION AND ORDER
15      v.                         )
                                   )
16 MERARE CAMPOS-COBARUBBIA,       )  Date:  June 8, 2006
                                   )  Time:  10:00 a.m.
17              Defendant.         )  Judge: Hon. David F. Levi
                                   )
18 _____ )

19
        It is hereby stipulated between the parties, Michael Beckwith,
20
   Assistant United States Attorney, attorney for Plaintiff, and Caro
21
   Marks, attorney for defendant MERARE CAMPOS-COBARUBBIA as follows:
22
        The Trial Confirming Hearing Date of May 25, 2006 and the Jury
23
   Trial Date of June 19, 2006 should be vacated and a status conference
24
   date of June 8, 2006 at 10:00 a.m. should be set.
25
        The reason for the continuance is that the pre-plea report has not
26
   been received by defense counsel as of this date.  Once the report is
27
   received, defense counsel will need to review it with her client.
28

The parties stipulate and agree that time under the Speedy Trial Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, to allow counsel reasonable time to prepare.

Dated: May 26, 2006

```
                                    Respectfully submitted,
                                    DANIEL BRODERICK
                                    Acting Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MERARE CAMPOS-COBARUBBIA
```

Dated: May 26, 2006

```
                                    MCGREGOR SCOTT
                                    United States Attorney


                                    /s/ Michael Beckwith
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated: May 26, 2006

```
                                    /s/ David F. Levi
                                    David F. Levi
                                    United States District Judge
```